Anna Erickson White (CA SBN 161385)
AWhite@mofo.com
David J. Wiener (CA SBN 291659)
DWiener@mofo.com
Nitesh Daryanani (CA SBN 330634)
NDaryanani@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
ON24, Inc., Sharat Sharan, Steven Vattuone, Irwin Federman, Denise Persson, Holger Staude, Dominique Trempont, and Barry Zwarenstein

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

JAMES DOUVIA, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

ON24, INC., SHARAT SHARAN, STEVEN VATTUONE, IRWIN FEDERMAN, DENISE PERSSON, HOLGER STAUDE, DOMINIQUE TREMPONT, BARRY ZWARENSTEIN, GOLDMAN SACHS & CO. LLC, J.P. MORGAN SECURITIES LLC, KEYBANC CAPITAL MARKETS INC., ROBERT W. BAIRD & CO. INCORPORATED, CANACCORD GENUITY LLC, NEEDHAM & COMPANY, LLC, PIPER SANDLER & CO., and WILLIAM BLAIR & COMPANY, L.L.C.,

Defendants.

Case No. 4:21-cv-08578-YGR

**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' RESPONSE DEADLINE PENDING APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL AND VACATING INITIAL CASE MANAGEMENT CONFERENCE**

All parties, through their undersigned counsel, hereby submit this Stipulation deferring Defendants' deadlines to respond to the complaint pursuant to Civil Local Rule 6-1(a) and vacating the initial case management conference and related deadlines.

**RECITALS**

WHEREAS, on November 3, 2021, Plaintiff James Douvia, individually and on behalf of all others similarly situated, filed a putative class action complaint (the "Complaint") captioned *Douvia v. ON24, Inc., et al.*, No. 4:21-cv-08578, against defendants ON24, Inc., Sharat Sharan, Steven Vattuone, Irwin Federman, Denise Persson, Holger Staude, Dominique Trempont, Barry Zwarenstein, Goldman Sachs & Co. LLC, J.P. Morgan Securities LLC, Keybanc Capital Markets Inc., Robert W. Baird & Co. Incorporated, Canaccord Genuity LLC, Needham & Company, LLC, Piper Sandler & Co., and William Blair & Company, L.L.C., (collectively, "Defendants") alleging violations of Sections 11, 12(a), and 15 of the Securities Act of 1933 ("Securities Act");

WHEREAS, on November 4, 2021, the Court issued an order setting an initial case management conference for February 7, 2022, and associated deadlines have been scheduled pertaining to the submission of a Rule 26(f) report and joint case management statement, and to certain ADR requirements, in accordance with the Federal Rules of Civil Procedure and the Court's Local Rules;

WHEREAS, this action is subject to the procedural requirements of the Private Securities Litigation Reform Act of 1995 (the "Reform Act"), 15 U.S.C. § 78u-4, which contemplates the consolidation of similar actions and the appointment of lead plaintiff and lead counsel;

WHEREAS, it is anticipated that a consolidated amended complaint will be filed following the Court's appointment of a lead plaintiff and lead counsel;

WHEREAS, there is a stay of discovery in this action pursuant to the Reform Act, 15 U.S.C. § 78u-4(b)(3)(B);

WHEREAS, counsel for the undersigned parties agree and respectfully submit to the Court that deferring the response deadlines for all Defendants until after the Court appoints a lead plaintiff and lead counsel pursuant to the Reform Act is prudent and will conserve party and judicial resources. The parties further agree that an initial case management conference, attendant

deadlines, and related ADR procedures are premature before the Court's appointment of a lead plaintiff and should be deferred until the initial case management conference is reset; and

WHEREAS, there have been no requests for an extension of time previously made in this matter.

**STIPULATION**

NOW, THEREFORE, the undersigned hereby stipulate, subject to Court approval, as follows:

1. Undersigned counsel for Defendants is authorized to waive, and hereby waives, service of the summons and Complaint, without waiving any of their rights or defenses other than with respect to sufficiency of service of process.
2. In the interests of judicial economy and preserving the resources of the Parties and the Court, Defendants shall have no obligation to respond to the Complaint until after the Court appoints a lead plaintiff and lead counsel.
3. Counsel for Defendants will meet and confer with counsel for the Court-appointed lead plaintiff within fourteen (14) days after the Court makes its appointment to discuss a schedule for the filing of any consolidated amended complaint and Defendants' responses thereto.
4. Defendants and the Court-appointed lead plaintiff shall promptly thereafter submit a proposed schedule, subject to Court order, for the filing of any consolidated complaint and Defendants' response thereto.
5. In the interests of judicial economy and preserving the resources of the parties and the Court, the parties agree that the Case Management Conference that is presently scheduled for February 7, 2022, should be vacated and reset after the Court enters a schedule for the filing of any consolidated amended complaint and Defendants' responses thereto. The parties also agree that related deadlines, including ADR requirements, should be deferred until the initial case management conference is reset.
6. No party is waiving any rights, claims, or defenses of any kind except as expressly stated herein.

Dated: November 22, 2021

**MORRISON & FOERSTER LLP**

By: */s/ Anna Erickson White*
Anna Erickson White

425 Market Street
San Francisco, CA 94105-2482
Telephone: 415.268.7000
AWhite@mofo.com

Attorneys for Defendants
ON24, INC., SHARAT SHARAN, STEVEN VATTUONE, IRWIN FEDERMAN, DENISE PERSSON, HOLGER STAUDE, DOMINIQUE TREMPONT, AND BARRY ZWARENSTEIN

Dated: November 22, 2021

**MORGAN, LEWIS & BOCKIUS LLP**

By: */s/ Charlene S. Shimada*
Charlene S. Shimada

One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: 415.442.1000
Charlene.shimada@morganlewis.com

Attorneys for Defendants
GOLDMAN SACHS & CO. LLC, J.P. MORGAN SECURITIES LLC, KEYBANC CAPITAL MARKETS INC., ROBERT W. BAIRD & CO. INCORPORATED, CANACCORD GENUITY LLC, NEEDHAM & COMPANY, LLC, PIPER SANDLER & CO., AND WILLIAM BLAIR & COMPANY, L.L.C.

Dated: November 22, 2021

**SCOTT + SCOTT ATTORNEYS AT LAW LLP**

By: */s/ John T. Jasnoch*
John T. Jasnoch

600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
jjasnoch@scott-scott.com

Attorneys for Plaintiff
JAMES DOUVIA

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ____________________

______________________________________
HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

**ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories.

Dated: November 22, 2021

MORRISON & FOERSTER LLP
ANNA ERICKSON WHITE

*/s/ Anna Erickson White*
Anna Erickson White