# EXHIBIT 1



COVID-19 NEWS    SERVICES ⌄    CONTACT US    FRANÇAIS    SIGN IN    REGISTER



# INVESTOR ALERT: Scott+Scott Attorneys at Law LLP Files Securities Class Action Against ON24, Inc. (NYSE: ONTF)

November 03, 2021 20:37 ET | Source: Scott+Scott Attorneys at Law LLP

  

...

NEW YORK, Nov. 03, 2021 (GLOBE NEWSWIRE) -- Scott+Scott Attorneys at Law LLP ("Scott+Scott"), an international shareholder and consumer rights litigation firm, has filed a securities class action lawsuit against ON24, Inc. (NYSE: ONTF) ("ON24" or the "Company"), certain ON24 directors and officers and the underwriters of ON24's February 2021 initial public offering ("IPO"), alleging violations of §§11, 12 and 15 of the Securities Act, 15 U.S.C. §§ 77k, 77l(a)(2), and 77o. **If you purchased ON24 common stock pursuant and/or traceable to the registration statement and prospectus issued in connection with the Company's February 3, 2021 IPO, and suffered losses, you are encouraged to contact Scott+Scott attorney Jonathan Zimmerman at (888) 398-9312 for more information.**

1/4



IPO, offering 8,560,930 shares of its common stock to the public at a price of $50 per share (the "Offering Price") for anticipated proceeds of approximately $428,046,500.

According to the complaint filed in the Northern District of California, representations made in the registration statement and prospectus used to effectuate the Company's IPO were materially inaccurate, misleading, and/or incomplete because they failed to disclose, among other things, that the surge in COVID-19 customers observed in the lead up to the IPO consisted of a significant number that did not fit ON24's traditional customer profile, and, as a result, were significantly less likely to renew their contracts.

After the IPO, as the true facts emerged, the value of the Company's shares declined sharply. By the commencement of the action, ON24's shares traded as low as $18.70 per share, a decline of nearly 63% from the IPO Offering Price.

**Lead Plaintiff Deadline**

**The Lead Plaintiff deadline in this action is January 3, 2021.** Any member of the proposed Class may seek to serve as Lead Plaintiff through counsel of their choice, or may choose to do nothing and remain a member of the proposed Class.   The case is pending in the Northern District of California under docket number 3:21-cv-08578.

**What You Can Do**

If you purchased **ON24 common stock pursuant and/or traceable to the Company's IPO**, or if you have questions about this notice or your legal rights, **you are encouraged to contact attorney Jonathan Zimmerman at (888) 398-9312 or [jzimmerman@scott-scott.com](mailto:jzimmerman@scott-scott.com).**

**About Scott+Scott**

Scott+Scott has significant experience in prosecuting major securities, antitrust, and consumer rights actions throughout the United States. The firm represents pension funds, foundations, individuals, and other entities worldwide with offices in New York, London, Amsterdam, Connecticut, California, Virginia, and Ohio.

This may be considered Attorney Advertising.



230 Park Avenue, 17th Floor, New York, NY 10169-1820

(888) 398-9312

jzimmerman@scott-scott.com

---

**Tags**

Class Action

**Related Links**

- https://scott-scott.com/case/on24-inc

## Recommended Reading

November 03, 2021 20:47 ET

Source:   Scott+Scott Attorneys at Law LLP

**Scott+Scott Attorneys at Law LLP Announces Securities Class Action Against D-MARKET Elektronik Hizmetler ve Ticaret Anonim Şirketi a/k/a D...**

NEW YORK, Nov. 03, 2021 (GLOBE NEWSWIRE) -- Scott+Scott Attorneys at Law LLP ("Scott+Scott"), an international shareholder and consumer rights litigation firm, announces the filing of a class action...



October 29, 2021 19:40 ET

Source:   Scott+Scott Attorneys at Law LLP

**Scott+Scott Attorneys at Law LLP Announces Investigation into Tuya, Inc. (TUYA)**

NEW YORK, Oct. 29, 2021 (GLOBE NEWSWIRE) -- Scott+Scott Attorneys at Law LLP ("Scott+Scott"), an international shareholder and consumer rights litigation firm, is investigating whether Tuya, Inc....



## Explore



COVID-19
NEWS

SERVICES ⌄

CONTACT
US

FRANÇAIS

SIGN IN

REGISTER


Global Instant
Payment and
Payment Technology Partner

November 08, 2021 09:00 ET


Partners Sonny Adams
Named Footy Und...

November 08, 2021 09:00 ET


ultrasound (IVUS)
linked with impro...

November 08, 2021 09:00 ET

Fully Fina
Financ

Novem

**About Us**

GlobeNewswire is one of the world's largest
newswire distribution networks, specializing in
the delivery of corporate press releases, financial
disclosures and multimedia content to media,
investors, and consumers worldwide.

Follow us on social media:   in   🐦

**Newswire Distribution Network &
Management**

· Home

· Newsroom

· RSS Feeds

· Legal

GlobeNewswire is a newswire distribution network. Articles and other content published by GlobeNewswire are the legal responsibility of the
author and GlobeNewswire accepts no liability for the content of such material. GlobeNewswire publishes content for informational purposes
and makes no representations regarding, recommendation or invitation to engage in, any form of financial or investment activity, and does not
endorse the content of any material published.

© 2021 GlobeNewswire, Inc. All Rights Reserved.

