# EXHIBIT 3

**ON24, Inc. Loss Chart**
**Class Period: February 3, 2021 IPO**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price $18.86 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yoon, Paul | 5/3/2021 | 300 | ($44.96) | ($13,488.00) | 11/22/2021 | 300 | $16.20 | $4,860.00 | | | | |
| | 5/3/2021 | 300 | ($43.00) | ($12,900.00) | 11/22/2021 | 500 | $16.21 | $8,105.00 | | | | |
| | 5/4/2021 | 27 | ($42.15) | ($1,138.05) | 11/22/2021 | 500 | $16.43 | $8,215.00 | | | | |
| | 5/4/2021 | 24 | ($41.74) | ($1,001.76) | | | | | | | | |
| | 5/13/2021 | 6 | ($32.60) | ($195.60) | | | | | | | | |
| | 6/29/2021 | 23 | ($37.36) | ($859.28) | | | | | | | | |
| | 6/29/2021 | 50 | ($37.36) | ($1,868.00) | | | | | | | | |
| | 6/29/2021 | 50 | ($36.15) | ($1,807.50) | | | | | | | | |
| | 6/29/2021 | 50 | ($36.24) | ($1,812.00) | | | | | | | | |
| | 6/29/2021 | 50 | ($36.22) | ($1,811.00) | | | | | | | | |
| | 6/29/2021 | 50 | ($35.72) | ($1,786.00) | | | | | | | | |
| | 6/30/2021 | 45 | ($35.99) | ($1,619.55) | | | | | | | | |
| | 7/6/2021 | 30 | ($36.47) | ($1,094.10) | | | | | | | | |
| | 7/6/2021 | 25 | ($36.38) | ($909.50) | | | | | | | | |
| | 8/10/2021 | 300 | ($26.99) | ($8,097.00) | | | | | | | | |
| | | 1,330 | | ($50,387.34) | | 1,300 | | $21,180.00 | 30 | $565.80 | ($28,641.54) | |