1 | Francis P. McConville (*pro hac vice* forthcoming)
  | David J. Schwartz (*pro hac vice* forthcoming)
2 | **LABATON SUCHAROW LLP**
  | 140 Broadway
3 | New York, New York 10005
  | Telephone: (212) 907-0700
4 | Facsimile: (212) 818-0477
  | fmcconville@labaton.com
5 | dschwartz@labaton.com

6 | *Counsel for Proposed Lead Plaintiff Leadersel Innotech ESG*
7 | *and Proposed Lead Counsel for the Class*

8 | David Bricker (Cal. State Bar No. 158896)
  | **THORNTON LAW FIRM LLP**
  | 9595 Wilshire Boulevard, Suite 900
9 | Beverly Hills, California 90212
  | Telephone: (310) 282-8676
10 | Facsimile: (310) 388-5316
   | dbricker@tenlaw.com
11

12 | *Local Counsel for Proposed Lead Plaintiff Leadersel Innotech ESG*
   | *and Proposed Liaison Counsel for the Class*

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DOUVIA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ON24, INC., SHARAT SHARAN, STEVEN VATTUONE, IRWIN FEDERMAN, DENISE PERSSON, HOLGER STAUDE, DOMINIQUE TREMPONT, BARRY ZWARENSTEIN, GOLDMAN SACHS & CO. LLC, J.P. MORGAN SECURITIES LLC, KEYBANC CAPITAL MARKETS INC., ROBERT W. BAIRD & CO. INCORPORATED, CANACCORD GENUITY LLC, NEEDHAM & COMPANY, LLC, PIPER SANDLER & CO., and WILLIAM BLAIR & COMPANY, L.L.C.,<br><br>Defendants. | Case No.: 4:21-cv-08578-YGR<br><br>**CLASS ACTION**<br><br>**DECLARATION OF DAVID BRICKER IN SUPPORT OF MOTION OF LEADERSEL INNOTECH ESG FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**<br><br>Date: February 8, 2022<br>Time: 2:00 P.m.<br>Courtroom: 1 – 4th Floor<br>Judge: Yvonne Gonzalez Rogers |

| | |
|---|---|
| ANNA L. GOEMER and GREGORY C. GOEMER, Individually and on Behalf of All Others Similarly Situated, <br><br>                     Plaintiffs, <br><br> v. <br><br> ON24, INC., SHARAT SHARAN, STEVEN VATTUONE, IRWIN FEDERMAN, DENISE PERSSON, HOLGER STAUDE, DOMINIQUE TREMPONT, and BARRY ZWARENSTEIN, <br><br>                     Defendants. | Case No. 4:21-CV-08744-HSG |

1  I, David Bricker, declare as follows:

2  I am a partner at Thornton Law Firm LLP ("Thornton Law"), proposed Liaison Counsel
3  for the Class. I submit this declaration in support of the motion filed by Leadersel Innotech ESG
4  ("Leadersel Innotech") for the entry of an Order: (1) consolidating the above-captioned actions
5  pursuant to Rule 42 of the Federal Rules of Civil Procedure; (2) appointing Leadersel Innotech
6  as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA");
7  (3) approving the selection of Labaton Sucharow LLP ("Labaton Sucharow") as Lead Counsel
8  for the Class and Thornton Law as Liaison Counsel for the Class; and (4) granting such other and
9  further relief as the Court may deem just and proper.

10  Attached as Exhibits A through D are true and correct copies of the following documents:

11  EXHIBIT A:  Signed Certification of Leadersel Innotech, pursuant to the requirements of the PSLRA;

12  EXHIBIT B:  A chart reflecting Leadersel Innotech's transactions in ON24, Inc.
13  common stock and approximate losses;

14  EXHIBIT C:  Notice of pendency of *Douvia v. ON24, Inc.*, No. 4:21-cv-08578-YGR, published on November 3, 2021; and

15  EXHIBIT D:  Firm resume of Labaton Sucharow

17  I hereby declare under penalty of perjury that the foregoing is true and correct.

18  DATED: January 3, 2022          */s/ David Bricker*
                                     David Bricker (#158896)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 22, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

                                                                     */s/ David Bricker*
                                                                     David Bricker (#158896)