**Exhibit B**

**ON24, Inc.**

**Relevant Period: Pursuant/traceable to 2/3/2021 IPO**

| Ticker | CUSIP | SEDOL | ISIN | Lookback Price |
|---|---|---|---|---|
| ONTF | 68339B104 | BMBKL65 | US68339B1044 | $18.8600 [1] |

**Leadersel Innotech ESG**

**LIFO**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Open | 02/03/21 | 0 | | |
| Purchase | 07/12/21 | 21,048 | $36.5167 | ($768,603.08) |
| Purchase | 07/13/21 | 20,000 | $36.5152 | ($730,303.58) |
| Purchase | 07/09/21 | 28,952 | $37.0111 | ($1,071,544.61) |
| Purchase | 07/14/21 | 30,000 | $37.1055 | ($1,113,164.04) |
| Purchase | 08/11/21 | 50,000 | $22.5430 | ($1,127,151.05) |
| Purchase | 08/20/21 | 50,000 | $21.2186 | ($1,060,929.85) |
| Purchase | 09/23/21 | 50,000 | $20.1968 | ($1,009,838.85) |
| **Relevant Period purchases:** | | **250,000** | | **($6,881,535.07)** |
| None | | 0 | | $0.00 |
| ***Relevant Period sales (matched to Relevant Period purchases):*** | | ***0*** | | ***$0.00*** |
| | Shares Held: | 250,000 | $18.8600 | $4,715,000.00 |

**LIFO Gain/(Loss):   ($2,166,535.07)**

[1] *Value of shares held is the close price on 11/3/2021.*