**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES DOUVIA, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>v.<br><br>ON24, INC., SHARAT SHARAN, STEVEN VATTUONE, IRWIN FEDERMAN, DENISE PERSSON, HOLGER STAUDE, DOMINIQUE TREMPONT, BARRY ZWARENSTEIN, GOLDMAN SACHS & CO. LLC, J.P. MORGAN SECURITIES LLC, KEYBANC CAPITAL MARKETS INC., ROBERT W. BAIRD & CO. INCORPORATED, CANACCORD GENUITY LLC, NEEDHAM & COMPANY, LLC, PIPER SANDLER & CO., and WILLIAM BLAIR & COMPANY, L.L.C.,<br><br>                Defendants. | Case No.: 4:21-cv-08578-YGR<br><br><br>**<u>CLASS ACTION</u>**<br><br>**[PROPOSED] ORDER FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL** |
| ANNA L. GOEMER and GREGORY C. GOEMER, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>v.<br><br>ON24, INC., SHARAT SHARAN, STEVEN VATTUONE, IRWIN FEDERMAN, DENISE PERSSON, HOLGER STAUDE, DOMINIQUE TREMPONT, and BARRY ZWARENSTEIN,<br><br>                Defendants. | Case No. 4:21-CV-08744-HSG |

Having considered the motion of Leadersel Innotech ESG ("Leadersel Innotech") for consolidation of the above-captioned related actions, appointment as Lead Plaintiff, and approval of selection of Labaton Sucharow LLP ("Labaton Sucharow") as Lead Counsel for the Class and the Thornton Law Firm LLP ("Thornton Law") as Liaison Counsel for the Class (the "Motion"), and good cause appearing therefore, the Court ORDERS as follows:

1.    The Motion is granted.

2.    The above-captioned actions are consolidated for all purposes (the "Consolidated Action").  This Order (the "Order") shall apply to the Consolidated Action and to each case that relates to the same subject matter that is subsequently filed in this Court or is transferred to this Court, and is consolidated with the Consolidated Action.

3.    A Master File is established for this proceeding.  The Master File shall be Civil Action No. 4:21-CV-08578-YGR.  The Clerk shall file all pleadings in the Master File and note such filings on the Master Docket.

4.    Every pleading in the Action shall have the following caption:

| IN RE ON24, INC. SECURITIES LITIGATION | Civil Action No. 4:21-CV-08578-YGR |
|---|---|

5.    When a case that arises out of the same subject matter of the Consolidated Action is hereinafter filed in this Court or transferred from another court, the Clerk of this Court shall:

  a.  File a copy of this Order in the separate file for such action;

  b.  Mail a copy of this Order to the attorney for the plaintiff(s) in the newly-filed or transferred case and to any new defendant(s) in the newly-filed or transferred case; and

  c.  Make the appropriate entry in the Master Docket for the Action.

6.    Each new case that arises out of the subject matter of the Consolidated Action which is filed in this Court or transferred to this Court, shall be consolidated with the Consolidated Action and this Order shall apply thereto, unless a party objects to consolidation, as provided for herein, or any provision of this Order, within ten (10) days after the date upon

which a copy of this Order is served on counsel for such party, by filing an application for relief and this Court deems it appropriate to grant such application. Nothing in the foregoing shall be construed as a waiver of the Defendants' right to object to consolidation of any subsequently-filed or transferred related action.

7.   Leadersel Innotech is appointed to serve as Lead Plaintiff in the Consolidated Action pursuant to 15 U.S.C. § 77z-1(a)(3)(B).

8.   Leadersel Innotech's selection of Labaton Sucharow as Lead Counsel for the Class in the Consolidated Action is approved pursuant to 15 U.S.C. § 77z-1(a)(3)(B)(v).

9.   Lead Counsel shall have the authority to speak for all Plaintiffs and Class members in all matters regarding the litigation, including, but not limited to, pretrial proceedings, motion practice, trial, and settlement. Lead Counsel shall make all work assignments in such a manner as to facilitate the orderly and efficient prosecution of this litigation, and to avoid duplicative or unproductive effort. Additionally, Lead Counsel shall have the following responsibilities:

a.   to brief and argue motions;

b.   to initiate and conduct discovery, including, but not limited to, coordination of discovery with Defendants' counsel, and the preparation of written interrogatories, requests for admissions, and requests for production of documents;

c.   to direct and coordinate the examination of witnesses in depositions;

d.   to act as spokesperson at pretrial conferences;

e.   to initiate and conduct any settlement negotiations with Defendants' counsel;

f.   to provide general coordination of the activities of Liaison Counsel and to delegate work responsibilities to selected counsel as may be required, in such a manner as to lead to the orderly and efficient prosecution of this litigation and to avoid duplication or unproductive effort;

g.   to consult with and employ experts;

      h.  to receive and review periodic time reports of all attorneys on behalf of Plaintiffs, to determine if the time is being spent appropriately and for the benefit of Plaintiffs, and to determine and distribute Plaintiffs' attorneys' fees; and

      i.  to perform such other duties as may be expressly authorized by further order of this Court.

10.   Leadersel Innotech's selection of Thornton Law as Liaison Counsel for the Class in the Consolidated Action is approved pursuant to 15 U.S.C. § 77z-1 (a)(3)(B)(v).

**IT IS SO ORDERED.**

DATED: _____

                               _____

                               HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA