ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
        – and –
DANIELLE S. MYERS (259916)
JENNIFER N. CARINGAL (286197)
MICHAEL ALBERT (301120)
JUAN CARLOS SANCHEZ (301834)
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
jcaringal@rgrdlaw.com
malbert@rgrdlaw.com
jsanchez@rgrdlaw.com

[Proposed] Lead Counsel for [Proposed] Lead Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DOUVIA, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br> vs.<br><br>ON24, INC., et al.,<br><br>        Defendants. | Case No. 4:21-cv-08578-YGR<br><br><u>CLASS ACTION</u><br><br>DECLARATION OF JENNIFER N. CARINGAL IN SUPPORT OF MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL<br><br>DATE:  February 22, 2022<br>TIME:  2:00 p.m.<br>CTRM: 1, 4th Floor<br>JUDGE: Hon. Yvonne Gonzalez Rogers |

4871-7071-8984.v1

I, JENNIFER N. CARINGAL, declare as follows:

1.      I am an attorney duly licensed to practice before all of the courts of the State of California and this Court. I am a member of the law firm Robbins Geller Rudman & Dowd LLP, counsel of record for City of Pensacola Police Officers' Retirement Plan (the "Retirement Plan"), and proposed lead counsel for the class. I make this declaration in support of the Retirement Plan's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:      Notice of pendency of first-filed class action published on *Globe Newswire*, a national business-oriented wire service, on November 3, 2021;

Exhibit B:      The Retirement Plan's Sworn Certification; and

Exhibit C:      The Retirement Plan's estimate of losses, prepared by counsel.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of January, 2022.

s/ Jennifer N. Caringal

JENNIFER N. CARINGAL

DECLARATION OF JENNIFER N. CARINGAL IN SUPPORT OF MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL - 4:21-cv-08578-YGR                - 1 -
4871-7071-8984.v1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on January 3, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

 s/ Jennifer N. Caringal
JENNIFER N. CARINGAL

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  jcaringal@rgrdlaw.com

4871-7071-8984.v1

# Mailing Information for a Case 4:21-cv-08578-YGR Douvia v. ON24, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **David Bricker**
  dbricker@tenlaw.com

- **John T. Jasnoch**
  jjasnoch@scott-scott.com,rswartz@scott-scott.com,scott-scott@ecf.courtdrive.com,edewan@scott-scott.com,mmolloy@scott-scott.com

- **Thomas L Laughlin , IV**
  tlaughlin@scott-scott.com,scott-scott@ecf.courtdrive.com,tharo@scott-scott.com,efile@scott-scott.com

- **Robert Henderson O'Leary**
  bob.oleary@morganlewis.com

- **Kevin M Papay**
  kevin.papay@morganlewis.com

- **Laurence Matthew Rosen**
  lrosen@rosenlegal.com,larry.rosen@earthlink.net,lrosen@ecf.courtdrive.com

- **Charlene Sachi Shimada**
  charlene.shimada@morganlewis.com

- **Anna Erickson White**
  awhite@mofo.com,anna-erickson-white-9788@ecf.pacerpro.com,andrea-vickery-5658@ecf.pacerpro.com,avickery@mofo.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)