# EXHIBIT A

**INVESTOR ALERT: Scott+Scott Attorneys at Law LLP Files Securities Class Action Against ON24, Inc. (NYSE: ONTF)**

NEW YORK, Nov. 03, 2021 (GLOBE NEWSWIRE) -- Scott+Scott Attorneys at Law LLP ("Scott+Scott"), an international shareholder and consumer rights litigation firm, has filed a securities class action lawsuit against ON24, Inc. (NYSE: ONTF) ("ON24" or the "Company"), certain ON24 directors and officers and the underwriters of ON24's February 2021 initial public offering ("IPO"), alleging violations of §§11, 12 and 15 of the Securities Act, 15 U.S.C. §§ 77k, 77l(a)(2), and 77o. If you purchased ON24 common stock pursuant and/or traceable to the registration statement and prospectus issued in connection with the Company's February 3, 2021 IPO, and suffered losses, you are encouraged to contact Scott+Scott attorney Jonathan Zimmerman at (888) 398-9312 for more information.

ON24 purports to be a leading, cloud-based digital experience platform that saw increased demand for its platform and products following the onset of the COVID-19 pandemic.   On or about February 3, 2021, ON24 conducted its IPO, offering 8,560,930 shares of its common stock to the public at a price of $50 per share (the "Offering Price") for anticipated proceeds of approximately $428,046,500.

According to the complaint filed in the Northern District of California, representations made in the registration statement and prospectus used to effectuate the Company's IPO were materially inaccurate, misleading, and/or incomplete because they failed to disclose, among other things, that the surge in COVID-19 customers observed in the lead up to the IPO consisted of a significant number that did not fit ON24's traditional customer profile, and, as a result, were significantly less likely to renew their contracts.

After the IPO, as the true facts emerged, the value of the Company's shares declined sharply. By the commencement of the action, ON24's shares traded as low as $18.70 per share, a decline of nearly 63% from the IPO Offering Price.

**Lead Plaintiff Deadline**

The Lead Plaintiff deadline in this action is January 3, 2021. Any member of the proposed Class may seek to serve as Lead Plaintiff through counsel of their choice, or may choose to do nothing and remain a member of the proposed Class.   The case is pending in the Northern District of California under docket number 3:21-cv-08578.

**What You Can Do**

If you purchased ON24 common stock pursuant and/or traceable to the Company's IPO, or if you have questions about this notice or your legal rights, you are encouraged to contact attorney Jonathan Zimmerman at (888) 398-9312 or jzimmerman@scott-scott.com.

**About Scott+Scott**
Scott+Scott has significant experience in prosecuting major securities, antitrust, and consumer rights actions throughout the United States. The firm represents pension funds, foundations, individuals, and other entities worldwide with offices in New York, London, Amsterdam, Connecticut, California, Virginia, and Ohio.
This may be considered Attorney Advertising.
CONTACT:
Jonathan Zimmerman
Scott+Scott Attorneys at Law LLP
230 Park Avenue, 17th Floor, New York, NY 10169-1820
(888) 398-9312
jzimmerman@scott-scott.com