# EXHIBIT C

Movant's Purchases and Losses        Class Period: Purchasers of common stock pursuant and/or traceable to the 02/03/2021 IPO        ON24, Inc.

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|------|------|-----------------|-------|------------|------|-----------------|-------|----------------|---------------------|
| **City of Pensacola Police Officers' Retirement Plan** | 02/03/2021 | 536 | $50.00 | $26,800.00 | 02/10/2021 | 15 | $75.00 | $1,125.00 | |
| | 02/23/2021 | 190 | $50.00 | $9,500.00 | 09/13/2021 | 20 | $20.90 | $418.00 | |
| | 03/04/2021 | 150 | $49.35 | $7,402.26 | held | 2,591 | $18.86 | $48,866.26 | |
| | 03/23/2021 | 10 | $50.00 | $500.00 | | | | | |
| | 03/24/2021 | 20 | $50.00 | $1,000.00 | | | | | |
| | 03/24/2021 | 150 | $50.00 | $7,500.00 | | | | | |
| | 03/25/2021 | 50 | $50.00 | $2,500.00 | | | | | |
| | 04/13/2021 | 200 | $45.29 | $9,057.64 | | | | | |
| | 04/14/2021 | 250 | $45.52 | $11,379.35 | | | | | |
| | 05/13/2021 | 90 | $36.39 | $3,274.65 | | | | | |
| | 05/13/2021 | 160 | $36.39 | $5,821.60 | | | | | |
| | 05/13/2021 | 220 | $33.61 | $7,395.08 | | | | | |
| | 05/18/2021 | 20 | $33.69 | $673.85 | | | | | |
| | 05/19/2021 | 140 | $32.73 | $4,582.23 | | | | | |
| | 06/02/2021 | 440 | $32.44 | $14,275.67 | | | | | |
| **Movant's Total** | | **2,626** | | **$111,662.33** | | **2,626** | | **$50,409.26** | **($61,253.07)** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the date of complaint filed. The price used is $18.86 as of November 03, 2021.

Prices listed are rounded up to two decimal places.