ROBBINS GELLER RUDMAN
   & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
          – and –
DANIELLE S. MYERS (259916)
JENNIFER N. CARINGAL (286197)
MICHAEL ALBERT (301120)
JUAN CARLOS SANCHEZ (301834)
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
jcaringal@rgrdlaw.com
malbert@rgrdlaw.com
jsanchez@rgrdlaw.com

[Proposed] Lead Counsel for [Proposed] Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DOUVIA, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>     vs.<br><br>ON24, INC., et al.,<br><br>                              Defendants. | Case No. 4:21-cv-08578-YGR<br><br><u>CLASS ACTION</u><br><br>[PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS, APPOINTING LEAD PLAINTIFF, AND APPROVING SELECTION OF LEAD COUNSEL |

4856-9353-7800.v1

Having considered City of Pensacola Police Officers' Retirement Plan's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel (the "Motion") and good cause appearing therefor, the Court ORDERS as follows:

1.      The Motion is GRANTED;

2.      Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, *Douvia v. ON24, Inc.*, No. 4:21-cv-08578-YGR and *Goemer v. ON24, Inc.*, No. 4:21-cv-08744-HSG are consolidated as:

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ON24, INC. SECURITIES LITIGATION ) | Case No. 4:21-cv-08578-YGR |
| ) | |
| ) | CLASS ACTION |
| This Document Relates To: ) | |
| ) | |
| ALL ACTIONS. ) | |
| ) | |

(a)      The file in Case No. 4:21-cv-08578-YGR shall constitute the master file for every action in the consolidated action.  The Clerk shall administratively close the other case.  When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:" When a pleading applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action;

(b)      All securities class actions relating to the same or substantially similar alleged wrongdoing by defendants on behalf of the same or substantially similar putative class that is subsequently filed in, or transferred to, this District shall be consolidated into this action.  This Order shall apply to every such action, absent an order of the Court.  A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action;

(c)    This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown; and

3.    Pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §77z-1(a)(3)(B), City of Pensacola Police Officers' Retirement Plan is appointed as Lead Plaintiff; and

4.    Pursuant to 15 U.S.C. §77z-1(a)(3)(B)(v), City of Pensacola Police Officers' Retirement Plan's selection of Robbins Geller Rudman & Dowd LLP is approved and appointed as Lead Counsel.

IT IS SO ORDERED.

DATED: _____    _____
                                   THE HONORABLE YVONNE GONZALEZ ROGERS
                                   UNITED STATES DISTRICT JUDGE