**Exhibit A**

## CERTIFICATION

I, Andrea Saura, acting in my capacity as General Manager of Ersel Gestion Internationale S.A., Investment Manager of Leadersel Innotech ESG ("Leadersel Innotech"), hereby certify as follows:

1.      I am personally authorized to enter into and execute this certification on behalf of Leadersel Innotech.  I have reviewed a complaint filed against ON24, Inc. ("ON24") alleging violations of the federal securities laws, and generally adopt its allegations without waiving the right to alter the allegations in a consolidated and/or amended complaint.  I authorize the filing of Leadersel Innotech's motion for lead plaintiff;

2.      Leadersel Innotech did not purchase common stock of ON24 at the direction of counsel or in order to participate in any private action under the federal securities laws;

3.      Leadersel Innotech is willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary.  Leadersel Innotech fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class;

4.      Leadersel Innotech's transactions in ON24 common stock during the Relevant Period are reflected in Exhibit A, attached hereto;

5.      Leadersel Innotech has not sought to serve as a lead plaintiff in any class action under the federal securities laws filed during the last three years;

6.      Beyond its pro rata share of any recovery, Leadersel Innotech will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this 3rd day of January, 2022.

*Andrea Saura – General Manager*
*Ersel Gestion Internationale S.A., Investment Manager to Leadersel Innotech ESG*

2

## EXHIBIT A

## TRANSACTIONS IN ON24, INC.

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 7/12/2021 | 21,048 | $36.52 | ($768,603.08) |
| Purchase | 7/13/2021 | 20,000 | $36.52 | ($730,303.58) |
| Purchase | 7/9/2021 | 28,952 | $37.01 | ($1,071,544.61) |
| Purchase | 7/14/2021 | 30,000 | $37.11 | ($1,113,164.04) |
| Purchase | 8/11/2021 | 50,000 | $22.54 | ($1,127,151.05) |
| Purchase | 8/20/2021 | 50,000 | $21.22 | ($1,060,929.85) |
| Purchase | 9/23/2021 | 50,000 | $20.20 | ($1,009,838.85) |