[PROPOSED] ORDER
Case No. 4:21-cv-08578-YGR

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| JAMES DOUVIA, Individually and on Behalf of All Others Similarly Situated, | Case No. 4:21-cv-08578-YGR |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| ON24, INC., SHARAT SHARAN, STEVEN VATTUONE, IRWIN FEDERMAN, DENISE PERSSON, HOLGER STAUDE, DOMINIQUE TREMPONT, BARRY ZWARENSTEIN, GOLDMAN SACHS & CO. LLC, J.P. MORGAN SECURITIES LLC, KEYBANC CAPITAL MARKETS INC., ROBERT W. BAIRD & CO. INCORPORATED, CANACCORD GENUITY LLC, NEEDHAM & COMPANY, LLC, PIPER SANDLER & CO., and WILLIAM BLAIR & COMPANY, L.L.C., | |
| Defendants. | |
| ANNA L. GOEMER and GREGORY C. GOEMER, Individually and on Behalf of All Others Similarly Situated, | Case No. 4:21-cv-08744-HSG |
| Plaintiffs, | |
| v. | |
| ON24, INC., SHARAT SHARAN, STEVEN VATTUONE, IRWIN FEDERMAN, DENISE PERSSON, HOLGER STAUDE, DOMINIQUE TREMPONT, and BARRY ZWARENSTEIN, | |
| Defendants. | |

Having considered the Motion of Michael Pierce for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Counsel (the "Motion"), and good cause appearing, the Court ORDERS as follows:

1.     The Motion is GRANTED;

2.     The above-captioned actions are consolidated pursuant to Federal Rule of Civil Procedure 42(a) as *In re ON24, Inc. Securities Litigation*, Master File No. 4:21-cv-08578;

3.     The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 77z-1(a)(3)(B), appoints Michael Pierce as Lead Plaintiff; and

4.     Pursuant to 15 U.S.C. § 77z-1(a)(3)(B)(v), the Court approves Lead Plaintiff's selection of Glancy Prongay & Murray LLP as Lead Counsel for the class.

IT IS SO ORDERED.

Dated: _____, 2022     _____
                                          HON. YVONNE GONZALEZ ROGERS
                                          UNITED STATES DISTRICT JUDGE