Melissa A. Fortunato (SBN #319767)
Marion C. Passmore (SBN #228474)
**BRAGAR EAGEL & SQUIRE, P.C.**
580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 568-2124
Facsimile: (212) 214-0506
Email: fortunato@bespc.com
　　　　passmore@bespc.com

*Counsel for Movant ON24 Investor Group*
*and Proposed Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JAMES DOUVIA, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ON24, INC., SHARAT SHARAN, STEVEN VATTUONE, IRWIN FEDERMAN, DENISE PERSSON, HOLGER STAUDE, DOMINIQUE TREMPONT, BARRY ZWARENSTEIN, GOLDMAN SACHS & CO., LLC, J.P. MORGAN SECURITIES LLC, KEYBANC CAPITAL MARKETS INC., ROBERT W. BAIRD & CO. INCORPORATED, CANACCORD GENUITY LLC, NEEDHAM & COMPANY, LLC, PIPER SANDLER & CO., and WILLIAM BLAIR & COMPANY, L.L.C.,<br><br>　　　　　　　　Defendants.<br><br>[Caption continued on next page.] | Case No. 4:21-cv-08578-YGR<br><br>CLASS ACTION<br><br>**DECLARATION OF MELISSA A. FORTUNATO IN SUPPORT OF MOTION OF THE ON24 INVESTOR GROUP FOR CONSOLIDATION OF ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL**<br><br>Date:　　　　　February 8, 2022<br>Time:　　　　　2:00 p.m.<br>Courtroom:　　1, 4th Floor<br>Judge:　　　　Honorable Yvonne Gonzalez Rogers |

ANNA L. GOEMER and GREGORY C. GOEMER, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

v.

ON24, INC., SHARAT SHARAN, STEVEN VATTUONE, IRWIN FEDERMAN, DENISE PERSSON, HOLGER STAUDE, DOMINIQUE TREMPONT, and BARRY ZWARENSTEIN,

Defendants.

Case No. 4:21-cv-08744-HSG

CLASS ACTION

DECLARATION OF MELISSA A. FORTUNATO IN SUPPORT OF MOTION OF THE ON24 INVESTOR GROUP FOR CONSOLIDATION OF ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL

I, Melissa A. Fortunato, hereby declare as follows:

1. I am a Partner with the law firm of Bragar Eagel & Squire, P.C., counsel for movants Richard Kaufmann, Ahmet Neccaroglu, and David Marotta (collectively, the "ON24 Investor Group" or "Movant"), and a member in good standing for the bar of the State of California. I respectfully submit this declaration in support of Movant's Motion for Consolidation of Actions, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel in the above-captioned actions. This declaration is based on my own personal knowledge and/or the firm's records of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached hereto as **Exhibit 1** are true and correct copy of the Private Securities Litigation Reform Act of 1995 certifications signed by each member of the ON24 Investor Group attaching their transactions in ON24, Inc. ("ON24") common stock pursuant and/or traceable to the registration statement and prospectus.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the loss chart detailing Movant's estimated combined losses as a result of their investments in ON24.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the Joint Declaration of the ON24 Investor Group.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the press release originally published on November 3, 2021, on *Globe Newswire* announcing the pendency of the securities lawsuit.

6. Attached hereto as **Exhibit 5** is a true and correct copy of the firm résumé of Bragar Eagel & Squire, P.C.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 3rd day of January, 2022.


*/s/ Melissa A. Fortunato*
Melissa A. Fortunato

DECLARATION OF MELISSA A. FORTUNATO IN SUPPORT OF MOTION OF THE ON24 INVESTOR GROUP FOR CONSOLIDATION OF ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL