# EXHIBIT 2

**ON24, Inc.**

| Company Name | ON24, Inc. |
|---|---|
| Ticker Symbol | ONTF |
| Security Type | Common Stock |
| Offering Date | February 3, 2021 |

| **Movant** | **Loss** |
|---|---|
| Richard Kaufmann | ($15,570.00) |
| Ahmet Neccaroglu | ($13,246.00) |
| David Marotta | ($8,804.50) |
| **Total Loss** | **($37,620.50)** |

| Client Name | Richard Kaufmann |
|---|---|
| Company Name | ON24, Inc. |
| Ticker Symbol | ONTF |
| Security Type | Common Stock |
| Offering Date | February 3, 2021 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | ($15,570.00) |
| Net Shares Retained | 500.00 |

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 3/9/2021 | 500 | $50.00* | ($25,000.00) | | | ($25,000.00) |
| | | | | | Subtotal | ($25,000.00) |

| | | Closing Price the Date the First Action was | | | | |
|---|---|---|---|---|---|---|
| Shares Retained | | Filed | | | Retained Shares Value | $9,430.00 |
| 500 | | $18.86 | | | Total | ($15,570.00) |

*Lesser of IPO price and actual purchase price used.

| Client Name | Ahmet Neccaroglu |
|---|---|
| Company Name | ON24, Inc. |
| Ticker Symbol | ONTF |
| Security Type | Common Stock |
| Offering Date | Febraury 3, 2021 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | ($13,246.00) |
| Net Shares Retained | 500.00 |

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 2/3/2021 | 100 | $50.00* | ($5,000.00) | | | ($5,000.00) |
| 2/23/2021 | 100 | $50.00* | ($5,000.00) | | | ($10,000.00) |
| 2/23/2021 | 100 | $50.00* | ($5,000.00) | | | ($15,000.00) |
| 5/12/2021 | 100 | $38.30 | ($3,830.00) | | | ($18,830.00) |
| 5/12/2021 | 100 | $38.46 | ($3,846.00) | | | ($22,676.00) |
| | | | | | **Subtotal** | ($22,676.00) |

| Shares Retained | Closing Price the Date the First Action was Filed | Retained Shares Value | $9,430.00 |
|---|---|---|---|
| 500 | $18.86 | **Total** | ($13,246.00) |

*Lesser of IPO price and actual purchase price used.

| Client Name | David Marotta |
| Company Name | ON24, Inc. |
| Ticker Symbol | ONTF |
| Security Type | Common Stock |
| Offering Date | Febraury 3, 2021 |

| SUMMARY OF FINANCIAL INTEREST | |
| --- | --- |
| LIFO Loss Total | ($8,804.50) |
| Net Shares Retained | 300.00 |

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
| --- | --- | --- | --- | --- | --- | --- |
| 3/16/2021 | 100 | $50.00* | ($5,000.00) | | | ($5,000.00) |
| 3/18/2021 | 50 | $50.00* | ($2,500.00) | | | ($7,500.00) |
| 3/22/2021 | 50 | $50.00* | ($2,500.00) | | | ($10,000.00) |
| 3/29/2021 | 50 | $45.50 | ($2,275.00) | | | ($12,275.00) |
| 3/30/2021 | 50 | $43.75 | ($2,187.50) | | | ($14,462.50) |
| | | | | | **Subtotal** | ($14,462.50) |

| **Shares Retained** | **Closing Price the Date the First Action was Filed** | **Retained Shares Value** | $5,658.00 |
| --- | --- | --- | --- |
| 300 | $18.86 | **Total** | ($8,804.50) |

*Lesser of IPO price and actual purchase price used.