POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Facsimile: (212) 661-8665
jpafiti@pomlaw.com

*Counsel for Lead Plaintiff Movant*
*the Goemer Family and Proposed*
*Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| JAMES DOUVIA, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ON24, INC., SHARAT SHARAN, STEVEN VATTUONE, IRWIN FEDERMAN, DENISE PERSSON, HOLGER STAUDE, DOMINIQUE TREMPONT, BARRY ZWARENSTEIN, GOLDMAN SACHS & CO. LLC, J.P. MORGAN SECURITIES LLC, KEYBANC CAPITAL MARKETS INC., ROBERT W. BAIRD & CO. INCORPORATED, CANACCORD GENUITY LLC, NEEDHAM & COMPANY, LLC, PIPER SANDLER & CO., and WILLIAM BLAIR & COMPANY, L.L.C., <br><br> Defendants. | Case No.: 4:21-cv-08578-YGR <br><br> DECLARATION OF JENNIFER PAFITI, ESQ. IN SUPPORT OF MOTION OF THE GOEMER FAMILY FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL <br><br> <u>CLASS ACTION</u> <br><br> Date:  February 8, 2022 <br> Time:  2:00 p.m. <br> Judge:  Hon. Yvonne Gonzalez Rogers <br> Courtroom:  1 – 4th Floor |

DECLARATION IN SUPPORT OF MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND
APPROVAL OF LEAD COUNSEL - 4:21-cv-08578-YGR; 4:21-cv-08744-HSG

| | |
|---|---|
| ANNA L. GOEMER and GREGORY C. GOEMER, Individually and on Behalf of All Others Similarly Situated,<br><br>                             Plaintiffs,<br><br>              v.<br><br>ON24, INC., SHARAT SHARAN, STEVEN VATTUONE, IRWIN FEDERMAN, DENISE PERSSON, HOLGER STAUDE, DOMINIQUE TREMPONT, and BARRY ZWARENSTEIN<br><br>                          Defendants. | Case No.: 4:21-cv-08744-HSG<br><br>CLASS ACTION |

I, Jennifer Pafiti, Esq., hereby declare as follows:

1.    I am a Partner with Pomerantz LLP ("Pomerantz"), counsel on behalf of Anna L. Goemer and Gregory C. Goemer (the "Goemer Family"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of the Goemer Family's motion for consolidation of the above-captioned related actions (the "Related Actions"), appointment as Lead Plaintiff for the Class, and approval of the Goemer Family's selection of Pomerantz as Lead Counsel for the Class.

2.    Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:    Chart reflecting the financial interest of the Goemer Family in the Related Actions;

Exhibit B:    Press release published over *Globe Newswire* on November 3, 2021, announcing the pendency of the first-filed of the Related Actions;

Exhibit C:    Shareholder Certifications executed by the members of the Goemer Family;

Exhibit D:    Joint Declaration executed by the members of the Goemer Family; and

Exhibit E:    Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on January 3, 2022, at Calabasas, California.

*/s/ Jennifer Pafiti*
Jennifer Pafiti

1

**PROOF OF SERVICE**

I hereby certify that on January 3, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

*/s/ Jennifer Pafiti*
Jennifer Pafiti

DECLARATION IN SUPPORT OF MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL - 4:21-cv-08578-YGR; 4:21-cv-08744-HSG