# EXHIBIT A

**ON24, Inc. (ONTF)**
**IPO Date: Pursuant/Traceable to February 3, 2021 IPO**
**IPO Price: $50.00/share**

**Closing Price**
**11/3/2021**

| Plaintiff | Account | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | $18.8600 Estimated Value | Section 11 Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Goemer, Anna L. | Account 1 | 2/17/2021 | 50 | $66.3981 | ($3,320) | 8/10/2021 | (80) | $32.0300 | $2,562 | | | |
| Goemer, Anna L. | Account 1 | 2/22/2021 | 10 | $63.6100 | ($636) | | | | | | | |
| Goemer, Anna L. | Account 1 | 2/23/2021 | 19 | $52.5800 | ($999) | | | | | | | |
| Goemer, Anna L. | Account 1 | 2/23/2021 | 1 | $52.5900 | ($53) | | | | | | | |
| **Goemer, Anna L.** | **Account 1** | | **80** | | **($5,008)** | | **(80)** | | **$2,562** | **0** | **$0** | **($1,438)** |
| Goemer, Anna L. | Account 2 | 2/17/2021 | 40 | $66.3230 | ($2,653) | 10/12/2021 | (130) | $19.2150 | $2,498 | | | |
| Goemer, Anna L. | Account 2 | 3/1/2021 | 10 | $60.9800 | ($610) | 10/12/2021 | (20) | $19.2136 | $384 | | | |
| Goemer, Anna L. | Account 2 | 3/29/2021 | 30 | $45.5680 | ($1,367) | | | | | | | |
| Goemer, Anna L. | Account 2 | 3/29/2021 | 40 | $45.6250 | ($1,825) | | | | | | | |
| Goemer, Anna L. | Account 2 | 5/3/2021 | 10 | $43.2200 | ($432) | | | | | | | |
| Goemer, Anna L. | Account 2 | 8/6/2021 | 20 | $32.3641 | ($647) | | | | | | | |
| **Goemer, Anna L.** | **Account 2** | | **150** | | **($7,534)** | | **(150)** | | **$2,882** | **0** | **$0** | **($3,889)** |
| **Goemer, Gregory C.** | **Account 1** | **2/17/2021** | **44** | **$66.3300** | **($2,919)** | | | | | **44** | **$830** | **($1,370)** |
| **Total** | | | **274** | | **($15,460)** | | **(230)** | | **$5,445** | **44** | | **($6,697)** |