UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA L. GOEMER, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>ON24, INC., et al.,<br><br>　　　　　Defendants. | Case No. 21-cv-08744-HSG<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

　　　　Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby **REFERRED** to the Honorable Judge Gonzalez Rogers for consideration of whether the case is related to *Douvia v. ON24, Inc.*, Case No. 21-cv-08578-YGR.

　　　　**IT IS SO ORDERED.**

Dated: 1/7/2022

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge