Melissa A. Fortunato (SBN #319767)
Marion C. Passmore (SBN #228474)
**BRAGAR EAGEL & SQUIRE, P.C.**
580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 568-2124
Facsimile: (212) 214-0506
Email: fortunato@bespc.com
         passmore@bespc.com

*Counsel for Movant ON24 Investor Group*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| JAMES DOUVIA, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ON24, INC., SHARAT SHARAN, STEVEN VATTUONE, IRWIN FEDERMAN, DENISE PERSSON, HOLGER STAUDE, DOMINIQUE TREMPONT, BARRY ZWARENSTEIN, GOLDMAN SACHS & CO., LLC, J.P. MORGAN SECURITIES LLC, KEYBANC CAPITAL MARKETS INC., ROBERT W. BAIRD & CO. INCORPORATED, CANACCORD GENUITY LLC, NEEDHAM & COMPANY, LLC, PIPER SANDLER & CO., and WILLIAM BLAIR & COMPANY, L.L.C., <br><br> Defendants. <br><br> [Caption continued on next page.] | Case No. 4:21-cv-08578-YGR <br><br> <u>CLASS ACTION</u> <br><br> **NOTICE OF WITHDRAWAL OF THE ON24 INVESTOR GROUP'S MOTION FOR CONSOLIDATION OF ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL** <br><br> Date:        February 8, 2022 <br> Time:        2:00 p.m. <br> Courtroom:   1 – 4th Floor <br> Judge:       Honorable Yvonne Gonzalez Rogers |

Case No. 4:21-cv-08578-YGR

NOTICE OF WITHDRAWAL OF THE ON24 INVESTOR GROUP'S MOTION FOR CONSOLIDATION OF
ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL

ANNA L. GOEMER and GREGORY C. GOEMER, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

v.

ON24, INC., SHARAT SHARAN, STEVEN VATTUONE, IRWIN FEDERMAN, DENISE PERSSON, HOLGER STAUDE, DOMINIQUE TREMPONT, and BARRY ZWARENSTEIN,

Defendants.

Case No. 4:21-cv-08744-YGR

CLASS ACTION

NOTICE OF WITHDRAWAL OF THE ON24 INVESTOR GROUP'S MOTION FOR CONSOLIDATION OF ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that movants Richard Kaufmann, Ahmet Neccaroglu, and David Marotta (collectively, the "ON24 Investor Group" or "Movant") hereby withdraws their Motion for Consolidation of Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel. ECF No. 49. Having reviewed the competing motions filed in this Action, Movant does not appear to have the largest financial interest in the relief sought by the class. This withdrawal shall have no impact on the individuals' in the ON24 Investor Group membership in the putative class, their right to share in any recovery obtained for the benefit of the class members, and/or their ability to serve as a representative party should the need arise.

DATED: January 13, 2022                Respectfully submitted,

**BRAGAR EAGEL & SQUIRE, P.C.**

/s/ *Melissa A. Fortunato*
Melissa A. Fortunato (SBN #319767)
Marion C. Passmore (SBN #228474)
580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 568-2124
Facsimile: (212) 214-0506
Email: fortunato@bespc.com
            passmore@bespc.com

*Counsel for Movants Richard Kaufmann, Ahmet Neccaroglu, and David Marotta (collectively, the "ON24 Investor Group")*

NOTICE OF WITHDRAWAL OF THE ON24 INVESTOR GROUP'S MOTION FOR CONSOLIDATION OF ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL

## CERTIFICATE OF SERVICE

I, Melissa A. Fortunato, hereby certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on this 13th day of January, 2022.

*/s/ Melissa A. Fortunato*
Melissa A. Fortunato

NOTICE OF WITHDRAWAL OF THE ON24 INVESTOR GROUP'S MOTION FOR CONSOLIDATION OF ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL