ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
        – and –
DANIELLE S. MYERS (259916)
JENNIFER N. CARINGAL (286197)
MICHAEL ALBERT (301120)
JUAN CARLOS SANCHEZ (301834)
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
jcaringal@rgrdlaw.com
malbert@rgrdlaw.com
jsanchez@rgrdlaw.com

[Proposed] Lead Counsel for [Proposed] Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DOUVIA, Individually and on Behalf of All Others Similarly Situated, <br><br>                  Plaintiff, <br><br>    vs. <br><br> ON24, INC., et al., <br><br>                  Defendants. | Case No. 4:21-cv-08578-YGR <br><br> CLASS ACTION <br><br> CITY OF PENSACOLA POLICE OFFICERS' RETIREMENT PLAN'S NOTICE OF NON-OPPOSITION TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF <br><br> DATE:       February 22, 2022 <br> TIME:       2:00 p.m. <br> CTRM:     1, 4th Floor <br> JUDGE:    Hon. Yvonne Gonzalez Rogers |

4893-3248-6410.v1

On January 3, 2022, City of Pensacola Police Officers' Retirement Plan (the "Retirement Plan") timely filed a Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"). *See* ECF No. 35.  On that date, similar motions were filed by other members of the putative class in this Action. *See* ECF Nos. 29, 36, 47, 49, 55.

The PSLRA provides a presumption that the "most adequate plaintiff" to represent the interests of class members is the person or group that, among other things, has "the largest financial interest in the relief sought by the class" and that "otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure."  15 U.S.C. §78u-4(a)(3)(B)(iii)(I).  Having reviewed the competing motions and supporting papers provided by the other movants seeking appointment as lead plaintiff, it appears that the Retirement Plan does not possess the "largest financial interest in the relief sought by the class" as required by the PSLRA. *Id.*  If the Court determines that the lead plaintiff movant with a loss larger than the Retirement Plan is incapable or inadequate to represent the class in this litigation, the Retirement Plan remains willing and able to serve as lead plaintiff or as a class representative.  By this notice of non-opposition, the Retirement Plan does not waive its rights to participate and recover as a class member in this litigation.

DATED:  January 18, 2022

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
JENNIFER N. CARINGAL


                        s/ Jennifer N. Caringal
                    JENNIFER N. CARINGAL

DANIELLE S. MYERS
JENNIFER N. CARINGAL
MICHAEL ALBERT
JUAN CARLOS SANCHEZ
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

CITY OF PENSACOLA POLICE OFFICERS' RETIREMENT PLAN'S NOTICE OF NON-OPPOSITION TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF-
4:21-cv-08578-YGR                                                                                         - 1 -
4893-3248-6410.v1

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

[Proposed] Lead Counsel for [Proposed] Lead Plaintiff

CITY OF PENSACOLA POLICE OFFICERS' RETIREMENT PLAN'S NOTICE OF NON-
OPPOSITION TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF-
4:21-cv-08578-YGR

- 2 -

4893-3248-6410.v1

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on January 18, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Jennifer N. Caringal
JENNIFER N. CARINGAL

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  jcaringal@rgrdlaw.com

4893-3248-6410.v1

# Mailing Information for a Case 4:21-cv-08578-YGR Douvia v. ON24, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael Albert**
  malbert@rgrdlaw.com,MAlbert@ecf.courtdrive.com

- **David Bricker**
  dbricker@tenlaw.com

- **Jennifer N. Caringal**
  JCaringal@rgrdlaw.com

- **Melissa Ann Fortunato**
  fortunato@bespc.com,ecf@bespc.com

- **John T. Jasnoch**
  jjasnoch@scott-scott.com,rswartz@scott-scott.com,scott-scott@ecf.courtdrive.com,edewan@scott-scott.com,mmolloy@scott-scott.com

- **Thomas L Laughlin , IV**
  tlaughlin@scott-scott.com,scott-scott@ecf.courtdrive.com,tharo@scott-scott.com,efile@scott-scott.com

- **Charles Henry Linehan**
  clinehan@glancylaw.com,charles-linehan-8383@ecf.pacerpro.com

- **Danielle Suzanne Myers**
  dmyers@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Robert Henderson O'Leary**
  bob.oleary@morganlewis.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,jalieberman@pomlaw.com,ahood@pomlaw.com,lobas@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.com,fgravenson@pomlaw.

- **Kevin M Papay**
  kevin.papay@morganlewis.com

- **Marion Curry Passmore**
  passmore@bespc.com,ecf@bespc.com

- **Laurence Matthew Rosen**
  lrosen@rosenlegal.com,larry.rosen@earthlink.net,lrosen@ecf.courtdrive.com

- **Juan Carlos Sanchez**
  jsanchez@rgrdlaw.com,e_file_SD@rgrdlaw.com

- **Charlene Sachi Shimada**
  charlene.shimada@morganlewis.com

- **Anna Erickson White**
  awhite@mofo.com,anna-erickson-white-9788@ecf.pacerpro.com,andrea-vickery-5658@ecf.pacerpro.com,avickery@mofo.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,ShawnW@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)