Francis P. McConville (*pro hac vice* forthcoming)
David J. Schwartz (*pro hac vice* forthcoming)
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
fmcconville@labaton.com
dschwartz@labaton.com

*Counsel for Proposed Lead Plaintiff Leadersel Innotech ESG
and Proposed Lead Counsel for the Class*

David Bricker (Cal. State Bar No. 158896)
**THORNTON LAW FIRM LLP**
9595 Wilshire Boulevard, Suite 900
Beverly Hills, California 90212
Telephone: (310) 282-8676
Facsimile: (310) 388-5316
dbricker@tenlaw.com

*Local Counsel for Proposed Lead Plaintiff Leadersel Innotech ESG
and Proposed Liaison Counsel for the Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DOUVIA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ON24, INC., SHARAT SHARAN, STEVEN VATTUONE, IRWIN FEDERMAN, DENISE PERSSON, HOLGER STAUDE, DOMINIQUE TREMPONT, BARRY ZWARENSTEIN, GOLDMAN SACHS & CO. LLC, J.P. MORGAN SECURITIES LLC, KEYBANC CAPITAL MARKETS INC., ROBERT W. BAIRD & CO. INCORPORATED, CANACCORD GENUITY LLC, NEEDHAM & COMPANY, LLC, PIPER SANDLER & CO., and WILLIAM BLAIR & COMPANY, L.L.C.,<br><br>Defendants. | Case No.: 4:21-cv-08578-YGR<br><br>**CLASS ACTION**<br><br>**NOTICE THAT LEADERSEL INNOTECH ESG'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL IS UNOPPOSED**<br><br>Date:  February 8, 2022<br>Time: 2:00 p.m.<br>Courtroom: 1 – 4th Floor<br>Judge:  Yvonne Gonzalez Rogers |

*Caption continued next page*

ANNA L. GOEMER and GREGORY C. GOEMER, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

ON24, INC., SHARAT SHARAN, STEVEN VATTUONE, IRWIN FEDERMAN, DENISE PERSSON, HOLGER STAUDE, DOMINIQUE TREMPONT, and BARRY ZWARENSTEIN,

Defendants.

Case No. 4:21-CV-08744-YGR

On January 3, 2022, Leadersel Innotech ESG ("Leadersel Innotech") moved this Court pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 77z-1 *et seq.*, for consolidation of the above-captioned related securities class actions (the "Actions"), appointment as Lead Plaintiff, and approval of selection of Labaton Sucharow LLP as Lead Counsel for the Class (the "Motion"). *See* ECF No. 33. On the same day, five other putative Class members filed similar motions for consolidation and lead plaintiff appointment. *See* ECF Nos. 29, 35, 47, 49, and 55. Following the filing of Leadersel Innotech's Motion and review of the respective motions and supporting papers, all other movants have either filed a notice of non-opposition or withdrawn their motion. *See* ECF Nos. 60-64.

Leadersel Innotech's Motion for appointment as Lead Plaintiff and approval of selection of counsel is, therefore, effectively unopposed. Leadersel Innotech—which incurred a loss of $2,166,535 as a result of its transactions in the common stock issued pursuant or traceable to ON24, Inc.'s initial public offering—has the largest financial interest in the Actions and otherwise meets all the requirements of Rule 23. As the Lead Plaintiff movant claiming the largest financial interest while also satisfying the preliminary showing of typicality and adequacy under Rule 23, Leadersel Innotech is therefore the presumed "most adequate plaintiff." 15 U.S.C. § 77z-1(a)(3)(B). Further, because Leadersel Innotech's Motion is unopposed, the presumption of "most adequate plaintiff" is unrebutted, thereby entitling Leadersel Innotech to appointment as Lead Plaintiff under the PSLRA. *Id.*; *In re Cavanaugh*, 306 F.3d 726, 730-31 (9th Cir. 2002); *Yanek v. Staar Surgical Co.*, No. CV 04-8007 SJO (CWx), 2004 WL 5574358, at *2 (C.D. Cal. Dec. 15, 2004) (granting unopposed motion of lead plaintiff movant, finding that the movant satisfied the PSLRA's statutory requirements).

WHEREFORE, Leadersel Innotech respectfully requests that the Court: (1) consolidate the Actions; (2) appoint Leadersel Innotech as Lead Plaintiff; (3) approve the selection of Labaton Sucharow LLP as Lead Counsel for the Class and Thornton Law as Liaison Counsel for the Class; and (4) grant such other and further relief as the Court may deem just and proper.

DATED:  January 18, 2022                    Respectfully submitted,

*/s/ David Bricker*

**THORNTON LAW FIRM LLP**
David Bricker (Cal. State Bar No. 158896)
9595 Wilshire Boulevard, Suite 900
Beverly Hills, California 90212
Telephone: (310) 282-8676
Facsimile: (310) 388-5316
dbricker@tenlaw.com

*Local Counsel for Proposed Lead Plaintiff
Leadersel Innotech ESG and Proposed Liaison
Counsel for the Class*

**LABATON SUCHAROW LLP**
Francis P. McConville (*pro hac vice* forthcoming)
David J. Schwartz (*pro hac vice* forthcoming)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
fmcconville@labaton.com
dschwartz@labaton.com

*Counsel for Proposed Lead Plaintiff Leadersel
Innotech ESG and Proposed Lead Counsel for the
Class*

NOTICE THAT LEADERSEL INNOTECH ESG'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD
PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL IS UNOPPOSED
CASE NO. 4:21-cv-08578-YGR

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 18, 2022 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

/s/ David Bricker
David Bricker (#158896)