MORGAN, LEWIS & BOCKIUS LLP
Charlene S. Shimada, Bar No. 91407
charlene.shimada@morganlewis.com
Kevin M. Papay, Bar No. 274161
kevin.papay@morganlewis.com
Robert H. O'Leary, Bar No. 284879
bob.oleary@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel:     +1.415.442.1000
Fax:    +1.415.442.1001

Attorneys for Defendant
*Goldman Sachs & Co. LLC, J.P. Morgan Securities
LLC, KeyBanc Capital Markets Inc., Robert W. Baird
& Co. Incorporated, Canaccord Genuity LLC,
Needham & Company, LLC, Piper Sandler & Co., and
William Blair & Company, L.L.C.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re ON24, Inc. Securities Litigation | Case No. 4:21-cv-08578-YGR |
| | **UNDERWRITER DEFENDANTS' JOINDER IN ON24 DEFENDANTS' MOTION TO DISMISS CONSOLIDATED CLASS ACTION COMPLAINT** |
| | Date:     August 16, 2022 |
| | Time:    2:00 p.m. |
| | Place:   Courtroom 1 – 4th Floor |
| | Judge:   Hon. Yvonne Gonzalez Rogers |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO. 4:21-cv-08578-YGR

UNDERWRITER DEFENDANTS' JOINDER IN
ON24 DEFENDANTS' MOTION TO DISMISS
CONSOLIDATED CLASS ACTION COMPLAINT

Defendants Goldman Sachs & Co. LLC, J.P. Morgan Securities LLC, KeyBanc Capital Markets Inc., Robert W. Baird & Co. Incorporated, Canaccord Genuity LLC, Needham & Company, LLC, Piper Sandler & Co., and William Blair & Company, L.L.C. (collectively, the "Underwriter Defendants") hereby join in Sections I, II, III, IV, and VI of the ON24 Defendants' Motion to Dismiss Consolidated Class Action Complaint. The arguments and authorities in those sections apply with equal force to the Underwriter Defendants. Therefore, for the reasons stated therein, the Underwriter Defendants request that the Court dismiss the claim asserted against them under Section 11 of the Securities Act of 1933.

Dated: May 2, 2022 MORGAN, LEWIS & BOCKIUS LLP

By:  /s/ Charlene S. Shimada
Charlene S. Shimada

Attorneys for Defendant
*Goldman Sachs & Co. LLC, J.P. Morgan Securities LLC, KeyBanc Capital Markets Inc., Robert W. Baird & Co. Incorporated, Canaccord Genuity LLC, Needham & Company, LLC, Piper Sandler & Co., and William Blair & Company, L.L.C.*

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO. 4:21-cv-08578-YGR

1

UNDERWRITER DEFENDANTS' JOINDER IN
ON24 DEFENDANTS' MOTION TO DISMISS
CONSOLIDATED CLASS ACTION COMPLAINT