Anna Erickson White (CA SBN 161385)
AWhite@mofo.com
David J. Wiener (CA SBN 291659)
DWiener@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
ON24, INC., SHARAT SHARAN, STEVEN
VATTUONE, IRWIN FEDERMAN, DENISE
PERSSON, HOLGER STAUDE, DOMINIQUE
TREMPONT, and BARRY ZWARENSTEIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re ON24, Inc. Securities Litigation | Case No.   4:21-cv-08578-YGR<br><br>**REPLY DECLARATION OF DAVID J. WIENER IN SUPPORT OF ON24 DEFENDANTS' MOTION TO DISMISS CONSOLIDATED CLASS ACTION COMPLAINT** |

I, DAVID J. WIENER, declare as follows:

1.    I am an attorney licensed to practice law in the State of California and am admitted to practice before this Court.  I am an associate with the law firm of Morrison & Foerster LLP, counsel for the ON24 Defendants.  I have personal knowledge of the matters stated in this declaration.  I could and would testify competently about the following if called to do so.

2.    Attached as **Exhibit A** is a true and correct copy of ON24's Form 10-Q, as filed with the SEC on May 13, 2021.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed in Goleta, California, on the 18th day of July, 2022.

*/s/ David J. Wiener*
DAVID J. WIENER

REPLY DECLARATION OF DAVID J. WIENER ISO MOTION TO DISMISS
Case No. 4:21-cv-08578-YGR

1

**ATTESTATION (CIVIL LOCAL RULE 5-1(h)(3))**

In accordance with Civil Local Rule 5-1(h)(3), I attest that concurrence in the filing of this document has been obtained from David J. Wiener.

Dated: July 18, 2022                                    MORRISON & FOERSTER LLP
                                                        ANNA ERICKSON WHITE

                                                        _/s/ Anna Erickson White_
                                                        Anna Erickson White