MORGAN, LEWIS & BOCKIUS LLP
Charlene S. Shimada, Bar No. 91407
charlene.shimada@morganlewis.com
Kevin M. Papay, Bar No. 274161
kevin.papay@morganlewis.com
Robert H. O'Leary, Bar No. 284879
bob.oleary@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel:      +1.415.442.1000
Fax:     +1.415.442.1001

Attorneys for Defendants
*Goldman Sachs & Co. LLC, J.P. Morgan Securities
LLC, KeyBanc Capital Markets Inc., Robert W. Baird
& Co. Incorporated, Canaccord Genuity LLC,
Needham & Company, LLC, Piper Sandler & Co., and
William Blair & Company, L.L.C.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re ON24, Inc. Securities Litigation | Case No. 4:21-cv-08578-YGR |
| | **UNDERWRITER DEFENDANTS' JOINDER IN ON24 DEFENDANTS' MOTION TO DISMISS FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT** |
| | Judge:   Hon. Yvonne Gonzalez Rogers<br>Date:    February 6, 2024<br>Time:    2:00 p.m.<br>Place:   Courtroom 1 – 4th Floor |

CASE NO. 4:21-cv-08578-YGR

UNDERWRITER DEFENDANTS' JOINDER IN
ON24 DEFENDANTS' MOTION TO DISMISS
FIRST AMENDED COMPLAINT

Defendants Goldman Sachs & Co. LLC, J.P. Morgan Securities LLC, KeyBanc Capital Markets Inc., Robert W. Baird & Co. Incorporated, Canaccord Genuity LLC, Needham & Company, LLC, Piper Sandler & Co., and William Blair & Company, L.L.C. (collectively, the "Underwriter Defendants") hereby join in Sections I, II, III, IV, and VI of the ON24 Defendants' Motion to Dismiss First Amended Consolidated Class Action Complaint.  The arguments and authorities in those sections apply with equal force to the Underwriter Defendants.  Therefore, for the reasons stated therein, the Underwriter Defendants request that the Court dismiss the claim asserted against them under Section 11 of the Securities Act of 1933.

Dated: October 16, 2023

MORGAN, LEWIS & BOCKIUS LLP

By:  _/s/ Charlene S. Shimada_
Charlene S. Shimada

Attorneys for Defendants
_Goldman Sachs & Co. LLC, J.P. Morgan Securities LLC, KeyBanc Capital Markets Inc., Robert W. Baird & Co. Incorporated, Canaccord Genuity LLC, Needham & Company, LLC, Piper Sandler & Co., and William Blair & Company, L.L.C._

CASE NO. 4:21-cv-08578-YGR

1

UNDERWRITER DEFENDANTS' JOINDER IN ON24 DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT