**LABATON KELLER SUCHAROW LLP**
Jonathan Gardner (admitted *pro hac vice*)
Alfred L. Fatale III (admitted *pro hac vice*)
David J. Schwartz (admitted *pro hac vice*)
Charles J. Stiene (admitted *pro hac vice*)
140 Broadway
New York, NY  10005
Telephone: 212-907-0700
Fax: 212-818-0477
Email: jgardner@labaton.com
         afatale@labaton.com
         dschwartz@labaton.com
         cstiene@labaton.com

*Lead Counsel for Lead Plaintiff*
*Leadersel Innotech ESG*

*[Additional Counsel on Signature Page]*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| In re ON24, Inc. Securities Litigation | Case No.: 4:21-cv-08578-YGR |
| | **NOTICE OF APPEAL** |

NOTICE OF APPEAL
CASE NO.: 4:21-CV-08578-YGR

NOTICE IS HEREBY GIVEN that Leadersel Innotech ESG ("Lead Plaintiff"), the Court-appointed Lead Plaintiff in the securities class action captioned as *In re ON24, Inc. Securities Litigation*, Case No. 4:21-cv-08578-YGR (the "Action") pending in the United States District Court for the Northern District of California, on behalf of themselves and all others similarly situated, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the District Court's final judgment entered on March 5, 2024 in favor of the defendants [ECF No. 117]. This Notice encompasses the Judgment, as well as all prior and subsequent rulings related to or merged into the Judgment, including the District Court's final Order dated and entered on March 5, 2024 [ECF No. 117] in the above-captioned Action, and the District Court's Order dated July 7, 2023 and entered on July 9, 2023 [ECF No. 96] in the above-captioned Action. This appeal is taken from the entry of the Judgment and the Orders described herein, as well as each and every adverse aspect thereof.

Lead Plaintiff's Representation Statement is attached to this Notice as required by Ninth Circuit Rule 3-2(b).

Dated: April 4, 2024

**LABATON KELLER SUCHAROW LLP**

*/s/ Alfred L. Fatale III*

Jonathan Gardner (admitted *pro hac vice*)
Alfred L. Fatale III (admitted *pro hac vice*)
David J. Schwartz (admitted *pro hac vice*)
Charles J. Stiene (admitted *pro hac vice*)
140 Broadway
New York, New York 10005
Telephone: 212-907-0700
Facsimile: 212-818-0477
Email: jgardner@labaton.com
        afatale@labaton.com
        dschwartz@labaton.com
        cstiene@labaton.com

*Lead Counsel for Lead Plaintiff*
*Leadersel Innotech ESG*

Lucas E. Gilmore (CA SBN 250893)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue
Berkely, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: lucasg@hbsslaw.com

*Liaison Counsel for Lead Plaintiff*
*Leadersel Innotech ESG*