**LABATON KELLER SUCHAROW LLP**
Jonathan Gardner (admitted *pro hac vice*)
Alfred L. Fatale III (admitted *pro hac vice*)
David J. Schwartz (admitted *pro hac vice*)
Charles J. Stiene (admitted *pro hac vice*)
140 Broadway
New York, NY  10005
Telephone: 212-907-0700
Fax: 212-818-0477
Email: jgardner@labaton.com
        afatale@labaton.com
        dschwartz@labaton.com
        cstiene@labaton.com

*Lead Counsel for Lead Plaintiff*
*Leadersel Innotech ESG*

*[Additional Counsel on Signature Page]*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| In re ON24, Inc. Securities Litigation | Case No.: 4:21-cv-08578-YGR |
|---|---|
| | **LEAD PLAINTIFF'S REPRESENTATION STATEMENT** |

LEAD PLAINTIFF'S REPRESENTATION STATEMENT
CASE NO.: 4:21-CV-08578-YGR

The undersigned represent Court-appointed Lead Plaintiff Leadersel Innotech ESG ("Lead Plaintiff" or "Appellant"), in the above-captioned putative class action. On behalf of itself and the putative class, and pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Ninth Circuit Rule 3-2(b), Lead Plaintiff submits this Representation Statement. The following list identifies all parties to this action and identifies their respective counsel by name, firm, address, telephone number, and email.

| PARTY | COUNSEL OF RECORD |
|---|---|
| Leadersel Innotech ESG | **LABATON KELLER SUCHAROW LLP**<br>Jonathan Gardner (admitted *pro hac vice*)<br>Alfred L. Fatale III (admitted *pro hac vice*)<br>David J. Schwartz (admitted *pro hac vice*)<br>Charles J. Stiene (admitted *pro hac vice*)<br>140 Broadway<br>New York, New York 10005<br>Telephone: 212-907-0700<br>Facsimile: 212-818-0477<br>Email: jgardner@labaton.com<br>afatale@labaton.com<br>dschwartz@labaton.com<br>cstiene@labaton.com<br><br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>Lucas E. Gilmore (CA SBN 250893)<br>715 Hearst Avenue<br>Berkely, California 94710<br>Telephone: (510) 725-3000<br>Facsimile: (510) 725-3001<br>Email: lucasg@hbsslaw.com |
| ON24, Inc.<br>Sharat Sharan<br>Steven Vattuone<br>Irwin Federman<br>Denise Persson<br>Holger Staude<br>Dominique Trempont<br>Barry Zwarenstein | **MORRISON & FOERSTER LLP**<br>Anna Erickson White (CA SBN 161385)<br>David J. Wiener (CA SBN 291659)<br>Christina Dierolf (CA SBN 335258)<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: 415.268.7000<br>Facsimile: 415.268.7522<br>Email: AWhite@mofo.com<br>DWiener@mofo.com<br>CDierolf@mofo.com |

LEAD PLAINTIFF'S REPRESENTATION STATEMENT
CASE NO.: 4:21-CV-08578-YGR

| | |
|---|---|
| Goldman Sachs & Co. LLC<br>J.P. Morgan Securities LLC<br>KeyBanc Capital Markets Inc.<br>Robert W. Baird & Co. Incorporated<br>Canaccord Genuity LLC<br>Needham & Company, LLC<br>Piper Sandler & Co.<br>William Blair & Company, L.L.C. | **MORGAN, LEWIS & BOCKIUS LLP**<br>Charlene S. Shimada, Bar No. 91407<br>Kevin M. Papay, Bar No. 274161<br>Robert H. O'Leary, Bar No. 284879<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Telephone: 415.442.1000<br>Facsimile: 415.442.1001<br>Email: charlene.shimada@morganlewis.com<br>        kevin.papay@morganlewis.com<br>        bob.oleary@morganlewis.com |

Dated: April 4, 2024          **LABATON KELLER SUCHAROW LLP**

/s/ Alfred L. Fatale III

Jonathan Gardner (admitted *pro hac vice*)
Alfred L. Fatale III (admitted *pro hac vice*)
David J. Schwartz (admitted *pro hac vice*)
Charles J. Stiene (admitted *pro hac vice*)
140 Broadway
New York, New York 10005
Telephone: 212-907-0700
Facsimile: 212-818-0477
Email: jgardner@labaton.com
        afatale@labaton.com
        dschwartz@labaton.com
        cstiene@labaton.com

*Lead Counsel for Lead Plaintiff*
*Leadersel Innotech ESG*

Lucas E. Gilmore (CA SBN 250893)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue
Berkely, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: lucasg@hbsslaw.com

*Liaison Counsel for Lead Plaintiff*
*Leadersel Innotech ESG*